UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff(s):** Paul A. Isaacson M.D.; Eric M. Reuss M.D., MPH; National Council of Jewish Women (Arizona Section), Inc. ; Arizona National Organization for Women ; Arizona Medical Association

**Defendant(s):** Mark Brnovich ; Michael Whiting ; Brian McIntyre ; William Ring ; Bradley Beauchamp ; Scott Bennett ; Jeremy Ford ; Tony Rogers ; Allister Adel ; Matthew Smith ; Brad Carlyon ; Laura Conover ; Kent Volkmer ; George Silva ; Sheila Polk ; Jon Smith ; Arizona Medical Board ; Patricia E. McSorley ; R. Screven Farmer ; James M. Gillard ; Lois Krahn ; Jodi A. Bain ; Bruce Bethancourt ; David C. Beyer ; Laura Dorrell ; Gary Figge ; Pamela E. Jones ; Eileen M. Oswald ; Arizona Department of Health Services ; Cara M. Christ

County of Residence: Maricopa

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

Defendant's Atty(s):

**Victoria Lopez (**Paul A. Isaacson M.D.; Eric M. Reuss M.D., MPH; National Council of Jewish Women (Arizona Section), Inc. ; Arizona National Organization for Women ; Arizona Medical Association **)**
**American Civil Liberties Union Foundation of America**
3707 North 7th Street, Suite 235
Phoenix, Arizona  85014
6026501854

**Emily Nestler (**Paul A. Isaacson M.D.; National Council of Jewish Women (Arizona Section), Inc. Arizona National Organization for Women **)**
**Center for Reproductive Rights**

1634 Eye Street, NW, Suite 600
Washington, DC  20006
2026292657


**Gail Deady (**Paul A. Isaacson M.D.; National Council of Jewish Women (Arizona Section), Inc. Arizona National Organization for Women **)**
**Center for Reproductive Rights**
**199 Water Street**
**New York, New York  10038**
**9176373600**


**Jen Samantha D. Rasay (**Paul A. Isaacson M.D.; National Council of Jewish Women (Arizona Section), Inc. Arizona National Organization for Women **)**
**Center for Reproductive Rights**
**199 Water Street**
**New York, New York  10038**
**9176373600**


**Ruth E. Harlow (**Eric M. Reuss M.D., MPH Arizona Medical Association **)**
**American Civil Liberties Union**
**125 Broad Street, 18th Floor**
**New York, New York  10004**
**2125492500**


**Rebecca Chan (**Eric M. Reuss M.D., MPH Arizona Medical Association **)**
**American Civil Liberties Union**
**125 Broad Street, 18th Floor**
**New York, New York  10004**
**2125492500**

---

II. Basis of Jurisdiction:          3. Federal Question (U.S. not a party)

III. Citizenship of Principal
Parties **(Diversity Cases Only)**
                    Plaintiff:- **N/A**
                    Defendant:- **N/A**


IV. Origin :                **1. Original Proceeding**

V. Nature of Suit:          **950 Constitutionality of State Statute**

VI.Cause of Action:         **U.S. Constitution First and Fourteenth Amendments**

VII. Requested in Complaint

Class Action: **No**
Dollar Demand: **Declaratory and injunctive relief**
Jury Demand: **No**

VIII. This case **is not related** to another case.

**Signature:** Victoria Lopez

**Date:** 8/17/2021

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014