# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul A. Isaacson, M.D., on behalf of himself and his patients, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Mark Brnovich, Attorney General of Arizona, in his official capacity; et al.,<br><br>Defendants. | Case No.<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION** |

    This matter having come before the Court on Plaintiffs' Motion for Preliminary Injunction and the Court, having considered the Complaint, the Motion and supporting Memorandum of Law, and the declarations and documents filed in support thereof, the Court finds and concludes that Plaintiffs are likely to succeed on the merits of their claims that Sections 1, 2, 10, 11, and 13 of Arizona Senate Bill 1457 are unconstitutional for the reasons stated in the Motion and supporting Memorandum.  The Court further finds and concludes that Plaintiffs are likely to suffer irreparable harm in the absence of preliminary injunctive relief; the balance of equities is in their favor; and a temporary restraining order and/or preliminary injunction is in the public interest.

    Accordingly, Plaintiffs' Motion for Preliminary Injunction is **GRANTED** and it is **ORDERED** that:

    Defendants are preliminarily enjoined from enforcing Sections 1, 2, 10, 11, and 13 of Arizona Senate Bill 1457.

Pursuant to Federal Rule of Civil Procedure 65(c), the Court finds that a bond is unnecessary and that requiring a bond would not be in the public interest under the circumstances of this litigation.

IT IS FURTHER ORDERED that this Preliminary Injunction shall remain in effect pending final resolution of this action or further order of this Court.

DATED this ____ day of _____, 20 _____.

_____