**MARK BRNOVICH**
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)

Brunn (Beau) W. Roysden III (No. 28698)
Michael S. Catlett (No. 25238)
Kate B. Sawyer (No. 34264)
Katlyn J. Divis (No. 35583)
2005 N. Central Ave
Phoenix, AZ 85004-1592
Telephone: (602) 542-3333
Michael.Catlett@azag.gov

*Attorneys for Defendant Mark Brnovich in his official capacity as Arizona Attorney General*

[Additional counsel and emails listed on signature page]

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Paul A. Isaacson, M.D., on behalf of himself and his patients, et al., | Case No. 2:21-cv-01417-DLR |
| Plaintiffs, | |
| v. | **STATE DEFENDANTS' NOTICE OF APPEAL** |
| Mark Brnovich, Attorney General of Arizona, in his official capacity, et al., | |
| Defendants. | **PRELIMINARY INJUNCTION APPEAL** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF APPEAL**

Pursuant to 28 U.S.C. §§ 1291 and 1292, State Defendants hereby appeal to the United States Court of Appeals for the Ninth Circuit from the order entered in this action on September 28, 2021 (Doc. 52), partially granting Plaintiffs' request for a preliminary injunction.   State Defendants are: Mark Brnovich in his official capacity as Arizona Attorney General; Arizona Department of Health Services; Don Herrington in his official capacity as Interim Director of the Arizona Department of Health Services; Arizona Medical Board ("AMB"); Patricia McSorley in her official capacity as Executive Director of the AMB; and AMB Members R. Screven Farmer, M.D.; James M. Gillard, M.D.; Jodi A. Bain, M.A., J.D.; Bruce Bethancourt, M.D.; Eileen M. Oswald, M.P.H.; Laura Dorrell, M.S.N., R.N.; Pamela E. Jones; Lois Krahn, M.D.; David C. Beyer, M.D.; and Gary Figge, M.D., in their official capacities.

RESPECTFULLY SUBMITTED this 4th day of October, 2021.

**MARK BRNOVICH**
**ATTORNEY GENERAL**

By  */s/ Michael S. Catlett*
Brunn W. Roysden III (No. 28698)
Michael S. Catlett (No. 25238)
Kate B. Sawyer (No. 34264)
Katlyn Divis (No. 35583)
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004
Telephone: (602) 542-3333
Fax: (602) 542-8308
Beau.Roysden@azag.gov
Michael.Catlett@azag.gov
Kate.Sawyer@azag.gov
Katlyn.Divis@azag.gov

*Attorneys for Defendant Mark Brnovich in his*
*official capacity as Arizona Attorney General*

**MARK BRNOVICH**
**ATTORNEY GENERAL**

Kevin Ray (No. 007485)
Aubrey Joy Corcoran (No. 025423)
Office of the Arizona Attorney General
15 S. 15th Ave
Phoenix, AZ 85007
Telephone: (602) 542-8328
Fax: (602) 364-0700
Kevin.Ray@azag.gov
AubreyJoy.Corcoran@azag.gov

*Attorneys for Defendants Arizona Department of
Health Services and Don Herrington in his official
capacity as Interim Director of the Arizona
Department of Health Services*

**MARK BRNOVICH**
**ATTORNEY GENERAL**

Mary D. Williams (No. 013201)
Office of the Arizona Attorney General
15 S. 15th Ave
Phoenix, AZ 85007
Telephone: (602) 542-7992
Fax: (602) 364-3202
MaryD.Williams@azag.gov

*Attorneys for Defendants Arizona Medical Board;
Patricia McSorley, in her official capacity as
Executive Director of the Arizona Medical Board;
and R. Screven Farmer, M.D.; James M. Gillard,
M.D.; Jodi A. Bain, M.A., J.D.; Bruce Bethancourt,
M.D.; Eileen M. Oswald, M.P.H.; Laura Dorrell,
M.S.N., R.N.; Pamela E. Jones; and Lois Krahn,
M.D., in their official capacities as members of the
Arizona Medical Board*

1

**BERGIN, FRAKES, SMALLEY &**
**OBERHOLTZER, PLLC**

2

3          Brian McCormack Bergin (No. 016375)
          4343 E. Camelback Road, Suite 210
4          Phoenix, AZ  85018
          Telephone: (602) 888-7858
5          Fax: (602) 888-7856
          bbergin@bfsolaw.com
6

7          *Attorneys for Defendants Gary R. Figge, M.D. and*
          *David Beyer, M.D., in their official capacities as*
8          *members of the Arizona Medical Board*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of October, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing system.  Counsel for all parties are registered CM/ECF users and will be served by the CM/ECF system pursuant to the notice of electronic filing.


*/s/ Michael S. Catlett*