Victoria Lopez (330042)
American Civil Liberties Union
Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854
vlopez@acluaz.org
*Counsel for Plaintiffs*

Emily Nestler, *pro hac vice*
Jen Samantha D. Rasay, *pro hac vice*
Center For Reproductive Rights
1634 Eye Street, NW, Suite 600
Washington, DC  20006
Telephone: (202) 629-2657
enestler@reprorights.org
jrasay@reprorights.org
*Counsel for Paul A. Isaacson, M.D.,
National Council of Jewish Women
(Arizona Section), Inc. and Arizona
National Organization for Women*

COUNSEL CONTINUED ON NEXT PAGE

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Paul A. Isaacson, M.D., on behalf of himself and his patients, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Mark Brnovich, Attorney General of Arizona, in his official capacity; et al., <br><br> Defendants. | Case No.  2:21-CV-01417-DLR <br><br> **PLAINTIFFS' NOTICE OF APPEAL** <br><br> **PRELIMINARY INJUNCTION APPEAL** |

| | |
|---|---|
| 1 | |
| 2 | Gail Deady, *pro hac vice* |
| | Center For Reproductive Rights |
| 3 | 199 Water Street |
| | New York, NY 10038 |
| 4 | Telephone: (917) 637-3600 |
| 5 | gdeady@reprorights.org |
| | *Counsel for Paul A. Isaacson, M.D.,* |
| 6 | *National Council of Jewish Women* |
| 7 | *(Arizona Section), Inc. and Arizona* |
| | *National Organization for Women* |
| 8 | |
| | Ruth E. Harlow, *pro hac vice* |
| 9 | Rebecca Chan, *pro hac vice* |
| 10 | American Civil Liberties Union |
| | 125 Broad Street, 18th Floor |
| 11 | New York, NY 10004 |
| | Telephone: (212) 549-2500 |
| 12 | rharlow@aclu.org |
| 13 | rebeccac@aclu.org |
| | *Counsel for Eric M. Reuss, M.D.,* |
| 14 | *M.P.H., and Arizona Medical* |
| 15 | *Association* |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# NOTICE OF APPEAL

Pursuant to 28 U.S.C. §§ 1291 and 1292, Plaintiffs hereby appeal to the United States Court of Appeals for the Ninth Circuit from the order entered on September 28, 2021 in this action (Doc. 52), partially denying Plaintiffs' request for preliminary injunction as it applies to Section I of S.B. 1457, 55th Leg., 1st Reg. Sess. (Ariz. 2021), A.R.S. § 1-219.

Plaintiffs are: Paul A. Isaacson, M.D., on behalf of himself and his patients; Eric M. Reuss, M.D., M.P.H., on behalf of himself and his patients; National Council of Jewish Women (Arizona Section), Inc.; Arizona National Organization For Women; and Arizona Medical Association, on behalf of itself, its members, and its members' patients.

RESPECTFULLY SUBMITTED on this 18th day of October, 2021.

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF ARIZONA

By: */s/ Victoria Lopez*
Victoria Lopez

Emily Nestler, *pro hac vice*
Jen Samantha D. Rasay, *pro hac vice*
Center For Reproductive Rights
1634 Eye Street, NW, Suite 600
Washington, DC 20006
Telephone: (202) 629-2657
enestler@reprorights.org
jrasay@reprorights.org

Gail Deady, *pro hac vice*
Center For Reproductive Rights
199 Water Street
New York, NY 10038
Telephone: (917) 637-3600
gdeady@reprorights.org

*Counsel for Paul A. Isaacson, M.D., National Council of Jewish Women (Arizona Section), Inc., and Arizona National Organization for Women*

Victoria Lopez (330042)
American Civil Liberties Union
Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone (602) 650-1854
vlopez@acluaz.org

*Counsel for Plaintiffs*

Ruth E. Harlow, *pro hac vice*
Rebecca Chan, *pro hac vice*
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
rharlow@aclu.org
rebeccac@aclu.org

*Counsel for Eric M. Reuss, M.D., M.P.H., and Arizona Medical Association*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing. All counsel of record are registrants and are therefore served via this filing and transmittal.

/s/ *Victoria Lopez*
Victoria Lopez