IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul A Isaacson, et al., | No. CV-21-01417-PHX-DLR |
| Plaintiffs, | **ORDER** |
| v. | |
| Mark Brnovich, et al., | |
| Defendants. | |

Before the Court is Plaintiffs' motion to continue the case management conference currently scheduled for February 25, 2022, pending resolution of the parties' interlocutory appeal and cross-appeal in the Ninth Circuit. (Doc. 87.) Plaintiffs argue that a continuance would conserve resources and promote judicial economy because "it is possible that the Ninth Circuit will find that the Reason Scheme is a previability abortion ban and is therefore *per se* unconstitutional. In such a scenario, discovery would be unnecessary." (*Id.* at 6.) Although such an outcome is possible, the Court does not find it appropriate to pause this entire case while the parties pursue their interlocutory appeals based on conjecture about when and how the Ninth Circuit will rule.[1]

---

[1] The Court previously granted Plaintiffs' motion to stay briefing on Defendants' motion to dismiss because the Court found that the motion to dismiss raised substantially the same question as that presented by Plaintiffs' cross-appeal. Therefore, ruling on Defendants' motion to dismiss while the cross-appeal remained pending would have presented a risk of inconsistent decisions. In contrast, there is nothing inherently inconsistent about setting a case management schedule and conducting discovery while the parties pursue appeals of the Court's preliminary injunction order.

**IT IS ORDERED** that Plaintiffs' motion to continue (Doc. 87) is **DENIED**.

Dated this 26th day of January, 2022.

Douglas L. Rayes
United States District Judge