Jared Keenan (027068)
Victoria Lopez (330042)
American Civil Liberties Union
Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854
jkeenan@acluaz.org
vlopez@acluaz.org
*Counsel for Plaintiffs*

Jen Samantha D. Rasay, *pro hac vice*
Center For Reproductive Rights
1634 Eye Street, NW, Suite 600
Washington, DC 20006
Telephone: (202) 628-0286
jrasay@reprorights.org
*Counsel for Paul A. Isaacson, M.D., National Council of Jewish Women (Arizona Section), Inc., and Arizona National Organization for Women*

COUNSEL CONTINUED ON NEXT PAGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Paul A. Isaacson, M.D., on behalf of himself and his patients, et al.,

Plaintiffs,

v.

Mark Brnovich, Attorney General of Arizona, in his official capacity; et al.,

Defendants.

Case No. 2:21-CV-1417-DLR

**PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF SUPREME COURT ORDER AND SUGGESTION OF MOOTNESS**

Jessica Leah Sklarsky, *pro hac vice*
Gail Deady, *pro hac vice*
Catherine Coquillette, *pro hac vice*
Center For Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
Telephone: (917) 637-3600
jsklarsky@reprorights.org
gdeady@reprorights.org
ccoquillette@reprorights.org
*Counsel for Paul A. Isaacson, M.D., National Council of Jewish Women (Arizona Section), Inc., and Arizona National Organization for Women*

Alexa Kolbi-Molinas, *pro hac vice*
Rebecca Chan, *pro hac vice*
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2633
akolbi-molinas@aclu.org
rebeccac@aclu.org
*Counsel for Eric M. Reuss, M.D., M.P.H., and Arizona Medical Association*

Beth Wilkinson, *pro hac vice*
Anastasia Pastan, *pro hac vice*
Wilkinson Stekloff LLP
2001 M Street, NW
10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
*Counsel for Paul A. Isaacson, M.D., National Council of Jewish Women (Arizona Section), Inc., and Arizona National Organization for Women*

Ralia Polechronis, *pro hac vice*
Wilkinson Stekloff LLP
130 West 42nd Street
24th Floor
New York, NY 10036
Telephone: (212) 294-9410
rpolechronis@wilkinsonstekloff.com
*Counsel for Paul A. Isaacson, M.D., National Council of Jewish Women (Arizona Section), Inc., and Arizona National Organization for Women*

On June 25, 2022, Plaintiffs filed an emergency motion for a preliminary injunction against the Interpretation Policy as applied to abortion care, pending Plaintiffs' cross-appeal of this Court's September 28, 2021 Order (ECF No. 52), which denied relief with respect to Plaintiffs' facial vagueness challenge against the Interpretation Policy. ECF No. 107 ("Plaintiffs' Emergency Motion"). This morning, the Supreme Court granted the Defendants' December 10, 2021 Application for Partial Stay relating to their appeal of this Court's issuance of a preliminary injunction for the Reason Scheme—a wholly separate subsection of the statute at issue in this litigation. Order, *Brnovich v. Isaacson*, No. 21A222 (U.S. June 30, 2022). This afternoon, Defendants filed a Notice of Supreme Court Order and Suggestion of Mootness, ECF No. 110 ("Defendants' Notice"). Plaintiffs' Emergency Motion is not moot, and Plaintiffs respectfully request that this Court deny Defendants' request to vacate the briefing and oral argument schedule (ECF No. 109) on Plaintiffs' Emergency Motion.

First, Defendants misinterpret today's order from the Supreme Court. Defendants claim that the Supreme Court's Order vacated the entirety of this Court's September 28, 2021 Order—not just the portion preliminarily enjoining the Reason Scheme, but also the portion denying Plaintiffs' request for injunctive relief with respect to the Interpretation Policy. As Defendants only sought emergency relief from the Supreme Court with respect to a limited portion of the Reason Scheme, Application for Partial Stay at 4 n.1, *Brnovich v. Isaacson*, No. 21A222 (U.S. Dec. 14 2021) (noting that Defendants only sought to stay the injunction as applied to A.R.S. § 13-3603.02(A)(2)), the Supreme Court's Order today does not have any bearing on Plaintiffs' challenge against the

Interpretation Policy—the only issue currently before this Court in Plaintiffs' Emergency Motion—because the Supreme Court lacked jurisdiction to consider it. *United States v. Sineneng-Smith*, 140 S. Ct. 1575, 1579 (2020) (Courts must "rely on the parties to frame the issues for decision and assign to courts the role of neutral arbiter of matters the parties present," and thus "decide only questions presented by the parties.") (citation and internal quotations omitted).

Second, even if Defendants' interpretation of the Supreme Court's Order is correct, it still would not render Plaintiffs' Emergency Motion moot. Plaintiffs originally challenged and sought preliminary injunctive relief against the Interpretation Policy as facially unconstitutionally vague. This Court's September 28, 2021 Order *denied* that request for preliminary injunctive relief. Regardless of whether that Order has been vacated in its entirety (and Plaintiffs' position is that it has not), Plaintiffs have always been free to seek, the more limited as-applied relief sought in Plaintiffs' Emergency Motion. This Court has always had the jurisdiction to consider that as-applied relief and invited Plaintiffs to return to this Court should an as-applied challenge arise. Preliminary Injunction Order at 8, ECF No. 52. At bottom, Plaintiffs' Emergency Motion seeks injunctive relief on new grounds not existing at the time of this Court's September 28, 2021 Order. Simply, the Plaintiffs' Emergency Motion is unrelated to the September 28, 2021 Order.

Moreover, even if this Court agrees that the ultimate impact of the Supreme Court's Order is to vacate the entirety of this Court's September 28, 2021 Order—even to the extent it ruled in the Defendants' *favor*—that has no bearing on the ripeness or

substance of Plaintiffs' Emergency Motion. And, while Plaintiffs do not think it is necessary, this Court could simply construe the emergency request for an injunction pending appeal as a new request for as-applied relief under Federal Rule of Civil Procedure 65. Requiring Plaintiffs to refile under a different caption and vacating the original scheduling order, when the substance of the remainder of Plaintiffs' Emergency Motion remains unchanged, would not only be unnecessary and a waste of this Court's and the parties' resources, but would amplify the ongoing, irreparable harms outlined in Plaintiffs' Emergency Motion.

Finally, Defendants' request is premature. The Supreme Court ordered that the case be remanded to the "Ninth Circuit with instructions to remand to the District Court for further consideration in light of *Dobbs v. Jackson Women's Health Organization*, 597 U.S. _____ (2022)." Order, *Brnovich v. Isaacson*, No. 21A222 (U.S. June 30, 2022). The Ninth Circuit has yet to remand the case to this Court.

Accordingly, Plaintiffs respectfully request the Court deny Defendants' "suggestion of mootness" and maintain the existing briefing and oral argument schedule on Plaintiffs' Emergency Motion.

Dated: June 30, 2022

By: */s/ Jessica Sklarsky*

Jessica Leah Sklarsky, *pro hac vice*
Gail Deady, *pro hac vice*
Catherine Coquillette, *pro hac vice*
Center For Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
Telephone: (917) 637-3600
jsklarsky@reprorights.org
gdeady@reprorights.org
ccoquillette@reprorights.org

Jen Samantha D. Rasay, *pro hac vice*
Center For Reproductive Rights
1634 Eye Street, NW, Suite 600
Washington, DC 20006
Telephone: (202) 628-0286
jrasay@reprorights.org

*Counsel for Paul A. Isaacson, M.D., National Council of Jewish Women (Arizona Section), Inc., and Arizona National Organization for Women*

Jared Keenan (027068)
Victoria Lopez (330042)
American Civil Liberties Union Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone (602) 650-1854
jkeenan@acluaz.org
vlopez@acluaz.org
*Counsel for Plaintiffs*

COUNSEL CONTINUED
ON NEXT PAGE

Alexa Kolbi-Molinas, *pro hac vice*
Rebecca Chan, *pro hac vice*
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2633
akolbi-molinas@aclu.org
rebeccac@aclu.org
*Counsel for Eric M. Reuss M.D., M.P.H., and Arizona Medical Association*

Beth Wilkinson, *pro hac vice*
Anastasia Pastan, *pro hac vice*
Wilkinson Stekloff LLP
2001 M Street, NW
10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
*Counsel for Paul A. Isaacson, M.D., National Council of Jewish Women (Arizona Section), Inc., and Arizona National Organization for Women*

Ralia Polechronis, *pro hac vice*
Wilkinson Stekloff LLP
130 West 42nd Street
24th Floor
New York, NY 10036
Telephone: (212) 294-9410
rpolechronis@wilkinsonstekloff.com
*Counsel for Paul A. Isaacson, M.D., National Council of Jewish Women (Arizona Section), Inc., and Arizona National Organization for Women*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing. All counsel of record are registrants and are therefore served via this filing and transmittal.

/s/ *Jessica Sklarsky*