UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 30 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PAUL A. ISAACSON, M.D., on behalf of himself and his patients; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> MARK BRNOVICH, Attorney General, Attorney General of Arizona, in his official capacity; et al., <br><br> Defendants - Appellants, <br><br> and <br><br> MICHAEL B. WHITING, County Attorney for Apache County, in his official capacity; et al., <br><br> Defendants. | No. 21-16645 <br><br> D.C. No. 2:21-cv-01417-DLR <br> U.S. District Court for Arizona, Phoenix <br><br> **MANDATE** |
| PAUL A. ISAACSON, M.D., on behalf of himself and his patients; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> MARK BRNOVICH, Attorney General, Attorney General of Arizona, in his official capacity; et al., | No. 21-16711 <br><br> D.C. No. 2:21-cv-01417-DLR <br> U.S. District Court for Arizona, Phoenix |

Defendants - Appellees,

and

MICHAEL B. WHITING, County Attorney for Apache County, in his official capacity; et al.,

Defendants.

The judgment of this Court, entered June 30, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica Flores
Deputy Clerk
Ninth Circuit Rule 27-7