UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 30 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PAUL A. ISAACSON, M.D., on behalf of himself and his patients; et al.,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>MARK BRNOVICH, Attorney General of Arizona, in his official capacity; et al.,<br><br>        Defendants-Appellants,<br><br> and<br><br>MICHAEL B. WHITING, County Attorney for Apache County, in his official capacity; et al.,<br><br>        Defendants. | No.   21-16645<br><br>D.C. No. 2:21-cv-01417-DLR<br>District of Arizona,<br>Phoenix<br><br>ORDER |
| PAUL A. ISAACSON, M.D., on behalf of himself and his patients; et al.,<br><br>        Plaintiffs-Appellants,<br><br> v.<br><br>MARK BRNOVICH, Attorney General of Arizona, in his official capacity; et al.,<br><br>        Defendants-Appellees,<br><br> and | No.   21-16711<br><br>D.C. No. 2:21-cv-01417-DLR |

MICHAEL B. WHITING, County Attorney for Apache County, in his official capacity; et al.,

          Defendants.

In light of the Supreme Court's June 30, 2022, order vacating the district court's September 28, 2021, order and remanding with instructions to remand to the district court for further proceedings in light of *Dobbs v. Jackson Women's Health Organization*, 597 U.S. ___ (2022), the order requesting supplemental briefing (Dkt. 84 in 21-16645 and Dkt. 78 in 21-16711) is vacated. The case is remanded to the district court for further proceedings in accordance with the Supreme Court's order. The mandate shall issue forthwith.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Wendy Lam
Deputy Clerk
Ninth Circuit Rule 27-7