# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 30, 2022

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: Mark Brnovich, Attorney General of Arizona
v. Paul A. Isaacson, et al.
No. 21-1609 &
No. 21A222
(Your No. 21-16645, 21-16711)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The application for stay (21A222) presented to Justice Kagan and by her referred to the Court is treated as a petition for a writ of certiorari before judgment, and the petition is granted. The September 28, 2021 order of the United States District Court for the District of Arizona is vacated, and the case is remanded to the United States Court of Appeals for the Ninth Circuit with instructions to remand to the District Court for further consideration in light of *Dobbs* v. *Jackson Women's Health Organization*, 597 U. S. ___ (2022).

Sincerely,

Scott S. Harris, Clerk