# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 1, 2022

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

      Re:  Brnovich, Att'y Gen. of AZ
            v. Paul A. Isaacson, et al.
            No. 21-1609 (21A222) (Your docket Nos. 21-16645, 21-16711)

Dear Clerk:

     Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                               Sincerely,

                                               SCOTT S. HARRIS, Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 1, 2022

Mr. Michael Shawn Catlett, Esq.
Arizona Attorney General's Office
2005 N. Central Ave
Phoenix, AZ 85004

Ms. Jessica Leah Sklarsky, Esq.
Center for Reproductive Rights
199 Water Street, Floor 22
New York, NY 10038

    Re:  Brnovich, Att'y Gen. of AZ
           v. Paul A. Isaacson, et al.
           No. 21-1609 (21A222)

Dear Counsel:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Ninth Circuit.

                                           Sincerely,

                                           SCOTT S. HARRIS, Clerk

cc:  Clerk, U.S. Court of Appeals for the Ninth Circuit
      (Your docket Nos. 21-16645, 21-16711)

# Supreme Court of the United States

No. 21–1609 (21A222)

**MARK BRNOVICH, ATTORNEY GENERAL OF ARIZONA,**

Petitioner

v.

**PAUL A. ISAACSON, ET AL.**

**ON APPLICATION FOR STAY** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** having been submitted on the application for stay and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the application for stay is treated as a petition for writ of certiorari before judgment, and the petition is granted. The September 28, 2021 order of the United States District Court for the District of Arizona is vacated, and the case is remanded to the United States Court of Appeals for the Ninth Circuit with instructions to remand to the District Court for further consideration in light of *Dobbs* v. *Jackson Women's Health Organization*, 597 U.S. ___ (2022).

June 30, 2022



A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States