1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Paul A. Isaacson, M.D., on behalf of
himself and his patients, et al.,

                 Plaintiffs,

      v.

Mark Brnovich, Attorney General of
Arizona, in his official capacity; et al.,

                 Defendants.

Case No. 2:21-CV-01417-DLR

**INDEX OF EXHIBITS IN SUPPORT
OF PLAINTIFFS' RENEWED
MOTION FOR PRELIMINARY
INJUNCTION**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**INDEX OF EXHIBITS**

| Exhibit No. | Description |
| --- | --- |
| 1 | Supplemental Declaration of Eric M. Reuss, M.D., M.P.H. dated August 30, 2022 |
| 2 | Supplemental Declaration of Katherine B. Glaser, M.D., M.P.H. dated August 25, 2022 |
| 3 | Supplemental Declaration of Paul A. Isaacson, M.D. dated August 26, 2022 |