**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Paul A. Isaacson, M.D., on behalf of himself and his patients, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Mark Brnovich, Attorney General of Arizona, in his official capacity; et al.,<br><br>Defendants. | Case No. 2:21-CV-01417-DLR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION** |

This matter having come before the Court on Plaintiffs' Renewed Motion for a Preliminary Injunction, having considered the Motion and supporting Memorandum of Law, and the declarations filed in support thereof, the Court finds and concludes that Plaintiffs are likely to succeed on the merits of their claims that the Reason Scheme, S.B. 1457, 55th Leg., 1st Reg. Sess. (Ariz. 2021), §§ 2, 10, 11, and 13 (codified at A.R.S. §§ 13-3603.02, 36-2157, 36-2158(A)(2)(d), 36-2161(A)(25)), is unconstitutionally vague on its face. The Court further finds and concludes that Plaintiffs are likely to suffer irreparable harm in the absence of injunctive relief; the balance of equities is in their favor; and a preliminary injunction is in the public interest.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs' motion is granted. During the pendency of this case, Defendants are preliminarily enjoined from enforcing the Reason Scheme. Defendants are further enjoined from retroactively enforcing any

provision of the Reason Scheme based on conduct occurring during the time that this preliminary injunction is in effect.

Pursuant to Federal Rule of Civil Procedure 65(c), the Court finds that a bond is unnecessary and that requiring a bond would not be in the public interest under the circumstances of this litigation.

DATED this ___ day of _____, 20 _____ .