**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Paul A. Isaacson, M.D., on behalf of himself and his patients, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>Mark Brnovich, Attorney General of Arizona, in his official capacity; et al.,<br><br>　　　　　　Defendants. | Case No. 2:21-CV-01417-DLR<br><br>**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF PURSUANT TO COURT'S ORDER (DOC. 130)** |

# INDEX OF EXHIBITS

| Exhibit No. | Description |
| --- | --- |
| 1 | Order, *Planned Parenthood Ctr. of Tucson, Inc., et al. v. Brnovich et al.*, No. C127867 (Ariz. Super. Ct. Sept. 23, 2022) |
| 2 | Planned Parenthood's Emergency Mot. For Stay of Order Pending Appeal, *Planned Parenthood Ctr. of Tucson, Inc., et al. v. Brnovich et al.*, No. C127867 (Ariz. Super. Ct. Sept. 26, 2022) |
| 3 | Order, *Planned Parenthood Ctr. of Tucson, Inc., et al. v. Brnovich et al.*, No. C127867 (Ariz. Super. Ct. Sept. 26, 2022) |
| 4 | Planned Parenthood's Resp. to Defs.' Rule 60(b) Mot. for Relief from J., *Planned Parenthood Ctr. of Tucson, Inc., et al. v. Brnovich et al.*, No. C127867 (Ariz. Super. Ct. July 20, 2022) |
| 5 | Attorney General's Mot. for Relief from J., *Planned Parenthood Ctr. of Tucson, Inc., et al v. Brnovich et al.*, No. C127867 (Ariz. Super. Ct. July 13, 2022). |