**MARK BRNOVICH**
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)

Michael S. Catlett (No. 25238)
Kate B. Sawyer (No. 34264)
Katlyn J. Divis (No. 35583)
2005 N. Central Ave.
Phoenix, AZ 85004-1592
Telephone: (602) 542-3333
Michael.Catlett@azag.gov

*Attorneys for Defendant Mark Brnovich in his official capacity as Arizona Attorney General*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Paul A. Isaacson, M.D., on behalf of himself and his patients, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Mark Brnovich, Attorney General of Arizona, in his official capacity, et al., <br><br> Defendants. | Case No. 2:21-cv-01417-DLR <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL (BRUNN W. ROYSDEN III)** |

NOTICE IS HEREBY GIVEN that Brunn ("Beau") W. Roysden III, due to his departure from the Arizona Attorney General's Office on October 7, 2022, is withdrawing as counsel for Defendant Arizona Attorney General Mark Brnovich in this matter. All other counsel for Defendant Arizona Attorney General Mark Brnovich will remain the same.

The Clerk of the Court is requested to terminate Mr. Roysden as counsel for Arizona Attorney General Mark Brnovich and discontinue sending him ECF notices in this case.

RESPECTFULLY SUBMITTED this 17th day of October, 2022.

**MARK BRNOVICH**
**ATTORNEY GENERAL**

By  */s/ Michael S. Catlett*
Michael S. Catlett (No. 25238)
Kate B. Sawyer (No. 34264)
Katlyn J. Divis (No. 35583)
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004
Telephone: (602) 542-3333
Fax: (602) 542-8308
Michael.Catlett@azag.gov
Kate.Sawyer@azag.gov
Katlyn.Divis@azag.gov

*Attorneys for Defendant Mark Brnovich in his official capacity as Arizona Attorney General*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing system. Counsel for all parties are registered CM/ECF users and will be served by the CM/ECF system pursuant to the notice of electronic filing.

/s/ *Michael S. Catlett*