**KRISTIN K. MAYES**
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)

Joshua D. Bendor  (No. 031908)
Alexander W. Samuels (No. 028926)
2005 N. Central Ave.
Phoenix, AZ 85004-1592
Telephone: (602) 542-3333
Joshua.Bendor@azag.gov
Alexander.Samuels@azag.gov

*Attorneys for Defendant Kristin K. Mayes*
*in her official capacity as Arizona Attorney*
*General*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Paul A. Isaacson, M.D., on behalf of himself and his patients, et al., | Case No. 2:21-cv-01417-DLR |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE** |
| Kristin K. Mayes, Attorney General of Arizona, in her official capacity, et al., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Joshua D. Bendor and Alexander W. Samuels, attorneys with the Arizona Attorney General's Office, will appear in this matter as counsel of record for Defendant Kristin K. Mayes in her official capacity as Arizona Attorney General. Attorney General Mayes is automatically substituted for former Attorney General Brnovich as a defendant in this action pursuant to Federal Rule of Civil Procedure 25(d).

Please send all correspondence and notification to the below-listed address and contact information.

RESPECTFULLY SUBMITTED this 19th day of January, 2023.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

By  */s/ Joshua D. Bendor*___
Joshua D. Bendor
Alexander W. Samuels
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004
Telephone: (602) 542-3333
Fax: (602) 542-8308
Joshua.Bendor@azag.gov
Alexander.Samuels@azag.gov
ACL@azag.gov

*Attorneys for Defendant Kristin K. Mayes in her official capacity as Arizona Attorney General*