**KRISTIN K. MAYES**
**ATTORNEY GENERAL**
Firm State Bar No. 14000

Marc H. Harris (No. 013551)
Assistant Attorney General
Carrie H. Smith (No. 022701)
Assistant Attorney General
Licensing and Enforcement Section
2005 N. Central Ave.
Phoenix, Arizona 85004-1592
Telephone: (602) 542-7992
Telephone: (602) 542-7033
Fax: (602) 364-3202

*Attorneys for Defendant Patricia McSorley, Executive Director of the Arizona Medical Board, in her official capacity and the Arizona Medical Board.*

**E-mail Address for Court Use Only:**
LicensingEnforcement@azag.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Paul A. Isaacson, on behalf of himself and his patients, et al., | Case No. 2:21-CV-01417-DLR |
| Plaintiffs, | |
| vs. | **RESPONSE TO MOTION TO INTERVENE** |
| Kristin K. Mayes, Attorney General of Arizona, in her official capacity, et al., | |
| Defendants, | |

Executive Director Patricia McSorley and the Arizona Medical Board take no position on the Motion to Intervene filed by Arizona Senate President Petersen and Speaker of the Arizona House of Representatives Toma.

Additionally, Executive Director Patricia McSorley and the Arizona Medical Board do not anticipate taking an active role in future proceedings. Ms. McSorley and the Arizona Medical Board comply with the laws that are in effect and will continue to do so when regulating allopathic physicians practicing in the State of Arizona.

Respectfully submitted this 17th day of February, 2023.

        KRISTIN K. MAYES
        ATTORNEY GENERAL

*/s/ Marc H. Harris*
Marc H. Harris (No. 013551)
Carrie Smith (No. 022701
Assistant Attorneys General
Office of the Arizona Attorney General
Licensing and Enforcement Section
2005 N. Central Ave.
Phoenix, Arizona 85004-1592
Telephone: (602) 542-7994
Telephone: (602) 542-7033
Fax: (602) 364-3202
LicensingEnforcement@azag.gov

*Attorneys for Patricia McSorley, in her official capacity as the Executive Director of the Arizona Medical Board, and the Arizona Medical Board.*

2

# CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a notice of electronic filing to the CM/ECF registrants.

By: */s/ Brian Kolosick*
    Office Administrator

CHS:bk #11037629