**KRISTIN K. MAYES**
ATTORNEY GENERAL
(Firm State Bar No. 14000)

Joshua D. Bendor (No. 031908)
Alexander W. Samuels (No. 028926)
2005 N. Central Ave.
Phoenix, AZ 85004-1592
Telephone: (602) 542-3333
Joshua.Bendor@azag.gov
Alexander.Samuels@azag.gov

*Attorneys for Defendant Kristin K. Mayes in her official capacity as Arizona Attorney General*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Paul A. Isaacson, M.D., on behalf of himself and his patients, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Kristin K. Mayes, Attorney General of Arizona, in her official capacity, et al., <br><br> Defendants. | Case No. 2:21-cv-01417-DLR <br><br> **RESPONSE TO MOTION TO INTERVENE** |

On February 3, 2023, Arizona Senate President Petersen and Speaker of the Arizona House of Representatives Toma moved to intervene in this matter. *See* Doc. 155. Attorney General Mayes takes no position on that motion to intervene.

Additionally, Attorney General Mayes advises this Court that she has concluded the state laws challenged in this litigation are unconstitutional. She will not defend the constitutionality of those laws going forward.

RESPECTFULLY SUBMITTED this 17th day of February, 2023.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

By /s/ *Alexander W. Samuels*
Joshua D. Bendor (No. 031908)
Alexander W. Samuels (028926)
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004
Telephone: (602) 542-3333
Fax: (602) 542-8308
Joshua.Bendor@azag.gov
Alexander.Samuels@azag.gov
ACL@azag.gov

*Attorneys for Defendant Kristin K. Mayes in her official capacity as Arizona Attorney General*