**KRISTIN K. MAYES**
**ATTORNEY GENERAL**
Firm State Bar No. 14000

Kevin Ray (No. 007485)
Aubrey Joy Corcoran (No. 025423)
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, AZ 85004
Telephone: (602) 542-8328
Fax: (602) 364-0700
EducationHealth@azag.gov
Kevin.Ray@azag.gov
AubreyJoy.Corcoran@azag.gov

*Attorneys for Defendants Arizona Department of Health Services and Jennifer Cunico, in her official capacity as Interim Director of the Arizona Department of Health Services*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Paul A. Isaacson, on behalf of himself and his patients, et al., | Case No. 2:21-CV-01417-DLR |
| Plaintiffs, | |
| vs. | **RESPONSE TO MOTION TO INTERVENE** |
| Kristin K. Mayes, Attorney General of Arizona, in her official capacity, et al., | |
| Defendants, | |

The Arizona Department of Health Services and Jennifer Cunico[1], in her official capacity as Interim Director of the Arizona Department of Health Services, take no position on Arizona Senate President Petersen's and Speaker of the Arizona House of Representatives Toma's Motion to Intervene. (Doc. 155.) Additionally, they do not

---

[1] Ms. Cunico has replaced Don Herrington as the Interim Director of Arizona Department of Health Services.

anticipate taking an active role in any future proceedings. The Department complies with the laws that are in effect.

Respectfully submitted this 17th day of February, 2023.

KRISTIN K. MAYES
ATTORNEY GENERAL

By <u>*/s/ Aubrey Joy Corcoran*</u>
Kevin Ray (No. 007485)
Aubrey Joy Corcoran (No. 025423)
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, AZ 85004
Telephone: (602) 542-8328
Fax: (602) 364-0700
EducationHealth@azag.gov
Kevin.Ray@azag.gov
AubreyJoy.Corcoran@azag.gov

*Attorneys for Defendants Arizona Department of Health Services and Jennifer Cunico, in her official capacity as Interim Director of the Arizona Department of Health Services*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of February, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing system. Counsel for all parties are registered CM/ECF users and will be served by the CM/ECF system pursuant to the notice of electronic filing.

By:*/s/ Bernadette Roybal*

#11038229