## <u>REPRESENTATION STATEMENT</u>

*Appellants and Counsel for Appellants*

**Paul A. Isaacson, M.D., on behalf of himself and his patients; National Council of Jewish Women (Arizona Section), Inc.; Arizona National Organization for Women**

Counsel:          Jared G. Keenan
American Civil Liberties Union
Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
jkeenan@acluaz.org

Jessica Leah Sklarsky
Gail Deady
Catherine Coquillette
Center For Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
Telephone: (917) 637-3600
jsklarsky@reprorights.org
gdeady@reprorights.org
ccoquillette@reprorights.org

Jen Samantha D. Rasay
Center For Reproductive Rights
1634 Eye Street, NW, Suite 600
Washington, DC  20006
Telephone: (202) 628-0286
jrasay@reprorights.org

Beth Wilkinson
Anastasia Pastan
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com

ADDITIONAL COUNSEL CONTINUED ON NEXT PAGE

Ralia Polechronis
Wilkinson Stekloff LLP
130 West 42nd Street, 24th Floor
New York, NY 10036
Telephone: (212) 294-9410
rpolechronis@wilkinsonstekloff.com

**Eric M. Reuss, M.D., M.P.H., on behalf of himself and his patients; Arizona Medical Association, on behalf of itself, its members and its members' patients**

Counsel:          Jared G. Keenan
                  American Civil Liberties Union
                  Foundation of Arizona
                  3707 North 7th Street, Suite 235
                  Phoenix, Arizona 85014
                  Telephone: (602) 650-1854
                  jkeenan@acluaz.org

                  Alexa Kolbi-Molinas
                  Rebecca Chan
                  Ryan Mendías
                  American Civil Liberties Union
                  125 Broad Street, 18th Floor
                  New York, NY 10004
                  Telephone: (212) 549-2633
                  akolbi-molinas@aclu.org
                  rebeccac@aclu.org
                  rmendias@aclu.org

<u>**REPRESENTATION STATEMENT**</u>
<u>**continued**</u>

***Appellees and Counsel for Appellees***

**Kristin K. Mayes in her official capacity as Arizona Attorney General**

Counsel:          Joshua D. Bendor
Alexander W. Samuels
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004
Telephone: (602) 542-3333
Fax: (602) 542-8308
Joshua.Bendor@azag.gov
Alexander.Samuels@azag.gov
ACL@azag.gov

**Arizona Department of Health Services; Jennifer Cunico in her official capacity as Interim Director of the Arizona Department of Health Services**

Counsel:          Kevin Ray
Aubrey Joy Corcoran
Office of the Arizona Attorney General
2005 N Central Ave.
Phoenix, AZ 85004
Telephone: (602) 542-8328
Fax: (602) 364-0700
EducationHealth@azag.gov
Kevin.Ray@azag.gov
AubreyJoy.Corcoran@azag.gov

ADDITIONAL APPELLEES AND COUNSEL CONTINUED ON NEXT PAGE

**Arizona Medical Board; Patricia McSorley in her official capacity as Executive Director of the Arizona Medical Board**

Counsel:           Marc H. Harris
Carrie Smith
Office of the Arizona Attorney General
2005 N Central Ave.
Phoenix, AZ 85004
Telephone: (602) 542-7994
Telephone: (602) 542-7033
Fax: (602) 364-3202
Carrie.Smith@azag.gov
LicensingEnforcement@azag.gov