# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul A. Isaacson, M.D., on behalf of himself and his patients, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Kristin K. Mayes, Attorney General of Arizona, in her official capacity; et al.,<br><br>Defendants. | Case No. 2:21-CV-01417-DLR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING APPEAL** |

This matter having come before the Court on Plaintiffs' Unopposed Motion to Stay Proceedings Pending Appeal, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiffs' motion is granted. Proceedings in this matter are stayed pending decision from the Ninth Circuit on Plaintiffs' Appeal.

DATED this ____ day of _____, 20 _____ .

_____
Douglas L. Rayes
United States District Judge