| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>MAY 30 2023<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |
| PAUL A. ISAACSON, M.D., on behalf of himself and his patients; et al.,<br><br>        Plaintiffs-Appellants,<br><br> v.<br><br>KRISTIN K. MAYES, in her official capacity as Arizona Attorney General; et al.,<br><br>        Defendants-Appellees,<br><br> and<br><br>MICHAEL B. WHITING, County Attorney for Apache County, in his official capacity; et al.,<br><br>        Defendants,<br>_____<br><br>BEN TOMA; WARREN PETERSEN,<br><br>        Intervenors. | No. 23-15234<br><br>D.C. No. 2:21-cv-01417-DLR<br>District of Arizona, Phoenix<br><br>ORDER |

Before: FRIEDLAND and SUNG, Circuit Judges.

    The motion to intervene in this appeal by defendant-intervenors Peterson and Toma (Docket Entry No. 27) is granted.

    The opening brief and excerpts of record have been filed. Appellees have filed a notice of no position on appeal and have notified the court of their intent not

OSA114

to file an answering brief or participate in argument. The Clerk will file the intervenors' brief submitted on May 18, 2023. Appellants' optional reply brief is due June 21, 2023.