UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 21 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PAUL A. ISAACSON, M.D., on behalf of himself and his patients; et al.,<br><br>       Plaintiffs - Appellants,<br><br> v.<br><br>KRISTIN K. MAYES, in her official capacity as Arizona Attorney General; et al.,<br><br>       Defendants - Appellees,<br><br>WARREN PETERSEN and BEN TOMA,<br><br>       Intervenors,<br><br> and<br><br>MICHAEL B. WHITING, County Attorney for Apache County, in his official capacity; et al.,<br><br>       Defendants. | No. 23-15234<br><br>D.C. No. 2:21-cv-01417-DLR<br>U.S. District Court for Arizona, Phoenix<br><br>**MANDATE** |

The judgment of this Court, entered October 30, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT