Kevin H. Theriot
AZ Bar No. 030446
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
(480) 444-0028 facsimile
ktheriot@ADFlegal.org

*Attorney for Defendant-Intervenors Warren Petersen and Ben Toma*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul A. Isaacson. M.D., et al., | |
| Plaintiffs, | |
| v. | |
| Mark Brnovich, Attorney General of Arizona, in his official capacity, et al., | Case No. 2:21-cv-01417-DLR |
| Defendants, | |
| Warren Petersen, President of the Arizona State Senate, in his official capacity; Ben Toma, Speaker of the Arizona House of Representatives, in his official capacity, | **Defendant-Intervenors' Notice of Intent to File Response Brief to Motion for Preliminary Injunction** |
| Defendant-Intervenors. | |

1  Pursuant to this Court's November 27, 2023 Order (Doc. [172]) regarding supplemental briefing, Defendant-Intervenors, Warren Petersen, President of the Arizona State Senate, and Ben Toma, Speaker of the Arizona House of Representatives, present notice of their intent to file a response to the Plaintiffs' renewed motion for preliminary injunction. Defendant-Intervenors will limit their brief to matters that haven't already been briefed by the parties or that need updating to reflect recent developments in this case and the governing jurisprudence.

Defendant-Intervenors conferred with all other parties and represent that the Plaintiffs' position is no supplemental briefing is necessary and that any briefing by Defendant-Intervenors should be limited to topics not already covered in the existing briefs. Nevertheless, as Defendant-Intervenors plan to request supplemental briefing, Plaintiffs do not object to the proposed schedule.

General Mayes's position is that she does not plan to file supplemental briefing at this time.

Defendant-Intervenors proposed schedule for supplemental briefing is their brief responding to the renewed motion for preliminary injunction shall be filed on or before December 18, 2023. Plaintiffs' response to that brief shall be filed on or before January 19, 2024.

Respectfully submitted this 4th day of December, 2023.

/s/Kevin Theriot
Kevin H. Theriot
AZ Bar No. 030446
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
(480) 444-0028 facsimile
ktheriot@ADFlegal.org

*Attorney for Defendant-Intervenors Warren Petersen and Ben Toma*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4th, 2023, I electronically filed the foregoing paper with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

/s/ Kevin Theriot
Kevin H. Theriot
AZ Bar No. 030446
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
(480) 444-0028 facsimile
ktheriot@ADFlegal.org