Jared G. Keenan (027068)
American Civil Liberties Union
Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854
jkeenan@acluaz.org
*Counsel for Plaintiffs*

Jessica Leah Sklarsky, *pro hac vice*
Gail Deady, *pro hac vice*
Catherine Coquillette, *pro hac vice*
Center For Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
Telephone: (917) 637-3600
jsklarsky@reprorights.org
gdeady@reprorights.org
ccoquillette@reprorights.org
*Counsel for Paul A. Isaacson, M.D.,
National Council of Jewish Women
(Arizona Section), Inc. and Arizona
National Organization for Women*

COUNSEL CONTINUED
ON NEXT PAGE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Paul A. Isaacson, M.D., on behalf of himself and his patients, et al., | |
| Plaintiffs, | Case No. 2:21-CV-1417-DLR |
| v. | **JOINT MOTION FOR PARTIAL VOLUNTARY DISMISSAL** |
| Kristin K. Mayes, Attorney General of Arizona, in her official capacity; et al., | |
| Defendants. | |

Jen Samantha D. Rasay, *pro hac vice*
Center For Reproductive Rights
1634 Eye Street, NW, Suite 600
Washington, DC  20006
Telephone: (202) 628-0286
jrasay@reprorights.org

Beth Wilkinson, *pro hac vice*
Anastasia Pastan, *pro hac vice*
Wilkinson Stekloff LLP
2001 M Street, NW
10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com

Ralia Polechronis, *pro hac vice*
Wilkinson Stekloff LLP
130 West 42nd Street 24th Floor
New York, NY 10036
Telephone: (212) 294-9410
rpolechronis@wilkinsonstekloff.com
*Counsel for Paul A. Isaacson, M.D., National Council of Jewish Women (Arizona Section), Inc. and Arizona National Organization for Women*

Alexa Kolbi-Molinas, *pro hac vice*
Rebecca Chan, *pro hac vice*
Ryan Mendías, *pro hac vice*
Lindsey Kaley, *pro hac vice*
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2633
akolbi-molinas@aclu.org
rebeccac@aclu.org
rmendias@aclu.org
lkaley@aclu.org
*Counsel for Eric M. Reuss, M.D., M.P.H., and Arizona Medical Association*

The undersigned Parties, through their counsel, file this Joint Motion for Voluntary Dismissal of Counts I, II, IV, and VI of the Complaint, ECF No. 1, and respectfully represent as follows:

1. Counts I and II of the Complaint, ECF No. 1, allege substantive due process challenges to Sections 2, 10, 11, and 13 of S.B. 1457, 55th Leg., §§ 2, 10, 11, 13, A.R.S. §§ 13-3603.02, 36-2157, 36-2158(A)(2)(d), 36-2161(A)(25), 1st Reg. Sess. (Ariz. 2021) (hereinafter "S.B. 1457" or the "Act"). Count III alleges an unconstitutional vagueness challenge to Sections 2, 10, 11, and 13 of S.B. 1457. Count IV alleges that Sections 2, 10, 11, and 13 of S.B. 1457 impose an unconstitutional condition in violation of the First and Fourteenth Amendments. Count V alleges an unconstitutional vagueness challenge to Section 1 of S.B. 1457, Act § 1, A.R.S. § 1-219. Count VI alleges a First Amendment challenge to Sections 2, 10, 11, and 13 of S.B. 1457.

2. As set forth in the attached Stipulation (**Exhibit A**), the undersigned Parties stipulate to dismissal without prejudice of Counts I, II, IV, and VI.

3. The undersigned Parties further agree that Plaintiffs do not dismiss Count III (the unconstitutional vagueness challenge to Sections 2, 10, 11, and 13 of S.B. 1457) and Count V (an unconstitutional vagueness challenge to Section 1 of S.B. 1457), and Plaintiffs will pursue all such remaining claims and relief.

4. The undersigned Parties further agree that the Stipulation is without prejudice to any claim by any party in any current litigation.

5. The undersigned Parties conferred with counsel for Defendants. Counsel for the Attorney General stated that they do not oppose this motion, and counsel for the Arizona Medical Board and Arizona Department of Health Services represented that they take no position on this Joint Motion.

6. Therefore, the undersigned Parties respectfully request that the Court grant this Joint Motion and enter the Proposed Order that is a part of the Stipulation (**Exhibit A**).

Respectfully submitted this 21st day of December, 2023.

By: */s/ Jessica Leah Sklarsky*

Jessica Leah Sklarsky, *pro hac vice*
Gail Deady, *pro hac vice*
Catherine Coquillette, *pro hac vice*
Center For Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
Telephone: (917) 637-3600
jsklarsky@reprorights.org
gdeady@reprorights.org
ccoquillette@reprorights.org
*Counsel for Paul A. Isaacson, M.D., National Council of Jewish Women (Arizona Section), Inc., and Arizona National Organization for Women*

Jen Samantha D. Rasay, *pro hac vice*
Center For Reproductive Rights
1634 Eye Street, NW, Suite 600
Washington, DC  20006
Telephone: (202) 628-0286
jrasay@reprorights.org
*Counsel for Paul A. Isaacson, M.D., National Council of Jewish Women (Arizona Section), Inc., and Arizona National Organization for Women*

Jared G. Keenan (027068)
American Civil Liberties Union Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone (602) 650-1854
jkeenan@acluaz.org
*Counsel for Plaintiffs*

COUNSEL CONTINUED ON NEXT PAGE

Alexa Kolbi-Molinas, *pro hac vice*
Rebecca Chan, *pro hac vice*
Ryan Mendías, *pro hac vice*
Lindsey Kaley, *pro hac vice*
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2633
akolbi-molinas@aclu.org
rebeccac@aclu.org
rmendias@aclu.org
lkaley@aclu.org
*Counsel for Eric M. Reuss, M.D., M.P.H., and Arizona Medical Association*

Beth Wilkinson, *pro hac vice*
Anastasia Pastan, *pro hac vice*
Wilkinson Stekloff LLP
2001 M Street, NW
10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
*Counsel for Paul A. Isaacson, M.D., National Council of Jewish Women (Arizona Section), Inc., and Arizona National Organization for Women*

Ralia Polechronis, *pro hac vice*
Wilkinson Stekloff LLP
130 West 42nd Street
24th Floor
New York, NY 10036
Telephone: (212) 294-9410
rpolechronis@wilkinsonstekloff.com
*Counsel for Paul A. Isaacson, M.D., National Council of Jewish Women (Arizona Section), Inc., and Arizona National Organization for Women*

COUNSEL CONTINUED ON NEXT PAGE

| | |
|---|---|
| 1 | Kevin H. Theriot |
| 2 | AZ Bar No. 030446<br>ALLIANCE DEFENDING |
| 3 | FREEDOM<br>15100 N. 90th Street |
| 4 | Scottsdale, AZ 85260<br>(480) 444-0020 |
| 5 | (480) 444-0028 facsimile<br>ktheriot@ADFlegal.org |
| 6 | *Counsel for Defendant-Intervenors* |
| 7 | *President Petersen and Speaker Toma* |

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 21, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing. All counsel of record are registrants and are therefore served via this filing and transmittal.

                                        */s/ Jessica Leah Sklarsky*
                                          Jessica Leah Sklarsky