IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul A Isaacson, et al., | No. CV-21-01417-PHX-DLR |
| Plaintiffs, | **ORDER** |
| v. | |
| Kristin K Mayes, et al., | |
| Defendants. | |

The Court having reviewed the parties' Joint Motion For Partial Voluntary Dismissal and Stipulation (Doc. 177), and good cause appearing;

**IT IS ORDERED** that the parties' joint motion is GRANTED.

**IT IS FURTHER ORDERED** that Counts I, II, IV, and VI of Plaintiffs' Complaint (Doc. 1) are hereby dismissed without prejudice in accordance with the terms set forth in the parties' Joint Stipulation of Partial Voluntary Dismissal.

Dated this 22nd day of December, 2023.

Douglas L. Rayes
United States District Judge