| | |
|---|---|
| 1 | Jared G. Keenan (027068) |
| 2 | American Civil Liberties Union Foundation of Arizona |
| 3 | 2712 North 7th Street |
| 4 | Phoenix, Arizona 85006<br>Telephone: (602) 650-1854 |
| 5 | jkeenan@acluaz.org |
| 6 | *Counsel for Plaintiffs* |
| 7 | Linda C. Goldstein, *pro hac vice* |
| 8 | Gail Deady, *pro hac vice*<br>Catherine Coquillette, *pro hac vice* |
| 9 | Center For Reproductive Rights<br>199 Water Street, 22nd Floor |
| 10 | New York, NY 10038 |
| 11 | Telephone: (917) 637-3600<br>lgoldstein@reprorights.org |
| 12 | gdeady@reprorights.org<br>ccoquillette@reprorights.org |
| 13 | *Counsel for Paul A. Isaacson, M.D.,* |
| 14 | *National Council of Jewish Women*<br>*(Arizona Section), Inc. and Arizona* |
| 15 | *National Organization for Women* |
| 16 | COUNSEL CONTINUED |
| 17 | ON NEXT PAGE |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Paul A. Isaacson, M.D., on behalf of himself and his patients, et al., | |
| Plaintiffs, | Case No. 2:21-CV-1417-DLR |
| v. | **JOINT STIPULATION OF DISMISSAL OF THE COMPLAINT PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) and NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| Kristin K. Mayes, Attorney General of Arizona, in her official capacity; et al., | |
| Defendants. | |

Beth Wilkinson, *pro hac vice*
Wilkinson Stekloff LLP
2001 M Street, NW
10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com

Ralia Polechronis, *pro hac vice*
Wilkinson Stekloff LLP
130 West 42nd Street 24th Floor
New York, NY 10036
Telephone: (212) 294-9410
rpolechronis@wilkinsonstekloff.com
*Counsel for Paul A. Isaacson, M.D.,
National Council of Jewish Women
(Arizona Section), Inc. and Arizona
National Organization for Women*

Alexa Kolbi-Molinas, *pro hac vice*
Rebecca Chan, *pro hac vice*
Ryan Mendías, *pro hac vice*
Lindsey Kaley, *pro hac vice*
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2633
akolbi-molinas@aclu.org
rebeccac@aclu.org
rmendias@aclu.org
lkaley@aclu.org
*Counsel for Eric M. Reuss, M.D., M.P.H.,
and Arizona Medical Association*

The undersigned Parties, through their counsel, file this Joint Stipulation of Dismissal of the Complaint (ECF No. 1) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(1)(ii) and Notice of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and respectfully represent as follows:

**I.  The Parties and Defendant-Intervenors**

1.  Plaintiffs Paul A. Isaacson, M.D.; National Council of Jewish Women (Arizona Section), Inc.; Arizona National Organization for Women; Eric M. Reuss, M.D. M.P.H.; and Arizona Medical Association (collectively, "Plaintiffs") brought this lawsuit challenging portions of S.B. 1457, 55th Leg., 1st Reg. Sess. (Ariz. 2021) (the "Act"), including § 1 of the Act, referred to by the Court as the "Interpretation Policy", and §§ 2, 10, 11, and 13 of the Act, collectively referred to by the Court as the "Reason Regulations."

2.  Plaintiffs filed a six-count Complaint for Declaratory and Injunctive Relief on August 17, 2021, against Mark Brnovich, then-Attorney General of Arizona, in his official capacity; Patricia McSorley, Executive Director of the Arizona Medical Board ("AMB"), in her official capacity ("Patricia McSorley"); AMB Member Defendants[1]; Arizona Department of Health Services ("ADHS"); and Cara M. Christ, ADHS Director, in her official capacity ("ADHS Director Christ") (collectively, "Defendants").[2] ECF No. 1. Defendants filed Answers to the Complaint on March 16 and 17, 2022. ECF No. 102; ECF No. 103; ECF No. 104.

---

[1] The AMB Member Defendants were R. Screven Farmer, M.D., AMB Chair, in his official capacity; James M. Gillard, M.D., AMB Vice Chair, in his official capacity; Lois Krahn, M.D., AMB Secretary, in her official capacity; Jodi A. Bain, M.A., J.D.; Bruce Bethancourt, M.D.; David C. Beyer, M.D.; Laura Dorrell, M.S.N., R.N., Gary Figge, M.D.; Pamela E. Jones; and Eileen M. Oswald, M.P.H., in their official capacities as members of the AMB. 1. The AMB Member Defendants were dismissed in accordance with the parties' stipulation on October 26, 2021. ECF No. 70.

[2] Various Defendants were replaced by others in their official capacities throughout the litigation. *See* ECF No. 47 at 1 n.1; ECF No. 161 at 1 n.1; ECF No. 156 at 1–2.

3. The Complaint also asserted claims against fifteen County Attorneys (the "County Attorney Defendants").[3] ECF No. 1 at 1–3. Brad Carlyon, Navajo County Attorney, entered a notice of appearance (*see* ECF No. 17) but did not file an answer to the Complaint. Plaintiffs dismiss their claims against County Attorney Carlyon by virtue of this Notice of Dismissal pursuant to Rule 41(a)(1)(A)(i).

4. The other fourteen County Attorneys did not enter an appearance in this case. Accordingly, the signatures of those 14 County Attorneys are not needed for this Joint Stipulation to be operative under Rule 41(a)(1)(A)(ii). Plaintiffs also dismiss their claims against these County Attorneys by virtue of this Notice of Dismissal pursuant to Rule 41(a)(1)(A)(i).

5. On February 3, 2023, Defendant-Intervenors Warren Petersen, President of the Arizona State Senate, and Ben Toma, Speaker of the Arizona House of Representatives (the "Defendant-Intervenors"), moved to intervene. ECF No. 155. The Court granted their motion on March 8, 2023. ECF No. 167. Defendant-Intervenors filed an Answer to the Complaint on January 5, 2024. ECF No. 180.

**II.   Brief Procedural History**

6. Plaintiffs filed a Motion for Preliminary Injunction on August 17, 2021. ECF No. 10. On September 28, 2021, this Court granted Plaintiffs' Motion for a Preliminary Injunction as to the Reason Regulations and denied the Motion as to the Interpretation Policy ("September 28, 2021 Order"). ECF No. 52 at 29–30.

7. On October 4, 2021, Defendants appealed this Court's order granting Plaintiffs' Motion for Preliminary Injunction as to the Reason Regulations. ECF No. 55. On October 18, 2021, Plaintiffs appealed the same order as to the Interpretation Policy. ECF No. 65.

8. On June 24, 2022, the U.S. Supreme Court issued its opinion in *Dobbs v. Jackson Women's Health Organization*, 597 U.S. 215 (2022), overturning *Roe v. Wade*,

---

[3] The County Attorney Defendants were Michael Whiting, Brian McIntyre, William Ring, Bradley Beauchamp, Scott Bennett, Jeremy Ford, Tony Rogers, Allister Adel, Matthew Smith, Brad Carlyon, Laura Conover, Kent Volkmer, George Silva, Sheila Polk, and Jon Smith.

2

410 U.S. 113 (1973), and *Planned Parenthood of Se. Pa. v. Casey*, 505 U.S. 833 (1992), and eliminating the federal constitutional right to abortion.

9. On June 25, 2022, in light of *Dobbs*, Plaintiffs filed an Emergency Motion for Preliminary Injunction of the Interpretation Policy pending the appeal of the Court's September 28, 2021 Order (ECF. No. 52). ECF No. 107.

10. On July 1, 2022, a stay request from Defendants to U.S Supreme Court Justice Kagan was referred to the Supreme Court, which then vacated this Court's September 28, 2021 Order (ECF. No. 52) and remanded to the Ninth Circuit with instructions to remand to this Court for further consideration in light of *Dobbs*. ECF No. 115.

11. On remand, this Court heard oral argument on Plaintiffs' Emergency Motion for Preliminary Injunction of the Interpretation Policy (ECF No. 107) on July 8, 2022, and granted that motion on July 11, 2022. ECF No. 118; ECF No. 121.

12. On September 2, 2022, Plaintiffs filed a Renewed Motion for Preliminary Injunction as to the Reason Regulations in light of *Dobbs*. ECF No. 125. On January 19, 2023, the Court denied this motion for lack of standing. ECF No. 152. Plaintiffs appealed this Court's denial and on October 30, 2023, the Ninth Circuit reversed this Court's order and remanded the case for consideration of the motion on its merits. ECF No. 162; ECF No. 169; ECF No. 170; ECF No. 171.

13. On December 22, 2023, the Court granted the joint motion by Plaintiffs and Defendant-Intervenors to dismiss Counts I, II, IV and VI of the Complaint (ECF No. 1) without prejudice in accordance with the terms of the parties' joint motion. ECF. No. 178. The joint motion noted that Plaintiffs did not dismiss Counts III and V of the Complaint, which challenge the Reason Regulations and the Interpretation Policy on the ground that they are unconstitutionally vague under the Fourteenth Amendment. ECF No. 177 ¶ 3.

### III. Arizona State Constitutional Amendment Provides Fundamental Right to Abortion

14. On November 5, 2024, Arizona voters approved Proposition 139, a ballot measure to amend the Arizona State Constitution to provide for the fundamental right to abortion. Following the vote, the amendment was certified and officially added to the state constitution on November 25, 2024. *See* Ariz. Const. Art. 2, § 8.1.

15. On March 31, 2025, this Court issued an order requesting supplemental briefing from the parties on, among other issues, what impact, if any, Article 2, Section 8.1 of the Arizona Constitution has on this matter. ECF No. 194.

16. As the Court noted in its March 31 order, the legal landscape regarding abortion care under the United States and Arizona Constitutions has shifted throughout the pendency of this matter. Given the amendment to the Arizona Constitution stating that "[e]very individual has a fundamental right to abortion," and the potential relevance of that right to Plaintiffs' federal claims of unconstitutional vagueness in Counts III and V of the Complaint, Plaintiffs, Defendants, and Defendant-Intervenors hereby agree and stipulate that (i) this action is dismissed in its entirety without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); and (ii) the Preliminary Injunction of the Interpretation Policy, ECF No. 121, shall be dissolved as moot upon that dismissal.

Respectfully submitted this 14th day of April, 2025.

By:     /s/ Linda C. Goldstein
Linda C. Goldstein, *pro hac vice*
Gail Deady, *pro hac vice*
Catherine Coquillette, *pro hac vice*
Center For Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
Telephone: (917) 637-3600
lgoldstein@reprorights.org
gdeady@reprorights.org
ccoquillette@reprorights.org
*Counsel for Paul A. Isaacson, M.D., National Council of Jewish Women (Arizona Section), Inc. and Arizona National Organization for Women*

Jared G. Keenan (027068)
American Civil Liberties Union
Foundation of Arizona
2712 North 7th Street
Phoenix, Arizona 85006
Telephone: (602) 650-1854
jkeenan@acluaz.org
*Counsel for Plaintiffs*

COUNSEL CONTINUED ON NEXT PAGE

| | |
|---|---|
| 1 | |
| 2 | Alexa Kolbi-Molinas, *pro hac vice* |
| | Rebecca Chan, *pro hac vice* |
| 3 | Ryan Mendías, *pro hac vice* |
| | Lindsey Kaley, *pro hac vice* |
| 4 | American Civil Liberties Union |
| 5 | 125 Broad Street, 18th Floor |
| | New York, NY 10004 |
| 6 | Telephone: (212) 549-2633 |
| | akolbi-molinas@aclu.org |
| 7 | rebeccac@aclu.org |
| 8 | rmendias@aclu.org |
| | lkaley@aclu.org |
| 9 | *Counsel for Eric M. Reuss, M.D., M.P.H.,* |
| 10 | *and Arizona Medical Association* |
| 11 | Beth Wilkinson, *pro hac vice* |
| | Wilkinson Stekloff LLP |
| 12 | 2001 M Street, NW |
| 13 | 10th Floor |
| | Washington, DC 20036 |
| 14 | Telephone: (202) 847-4000 |
| 15 | bwilkinson@wilkinsonstekloff.com |
| 16 | Ralia Polechronis, *pro hac vice* |
| 17 | Wilkinson Stekloff LLP |
| | 130 West 42nd Street 24th Floor |
| 18 | New York, NY 10036 |
| | Telephone: (212) 294-9410 |
| 19 | rpolechronis@wilkinsonstekloff.com |
| 20 | *Counsel for Paul A. Isaacson, M.D.,* |
| | *National Council of Jewish Women* |
| 21 | *(Arizona Section), Inc. and Arizona* |
| 22 | *National Organization for Women* |
| 23 | COUNSEL CONTINUED |
| | ON NEXT PAGE |

| | |
|---|---|
| 1 | By: /s/ Luci D. Davis |
| 2 | Joshua D. Bendor  (No. 031908) |
|   | Alexander W. Samuels (No. 028926) |
| 3 | Hayleigh S. Crawford (No. 032326) |
| 4 | Luci D. Davis (No. 035347) |
|   | Office of the Arizona Attorney General |
| 5 | 2005 N. Central Ave. |
|   | Phoenix, Arizona 85004-1592 |
| 6 | Telephone: (602) 542-3333 |
| 7 | Fax: (602) 542-8308 |
|   | Joshua.Bendor@azag.gov |
| 8 | Alexander.Samuels@azag.gov |
|   | Hayleigh.Crawford@azag.gov |
| 9 | Luci.Davis@azag.gov |
| 10 | ACL@azag.gov |
|   | *Counsel for Defendant Kristin K. Mayes* |
| 11 | *in her official capacity as Arizona* |
| 12 | *Attorney General* |
| 13 | |
|   | By: /s/ Carrie H. Smith |
| 14 | Marc H. Harris (013551) |
| 15 | Carrie H. Smith (022701) |
|   | Office of the Arizona Attorney General |
| 16 | Licensing and Enforcement Section |
| 17 | 2005 N. Central Ave. |
|   | Phoenix, Arizona 85004-1592 |
| 18 | Telephone: (602) 542-7992 |
|   | Telephone: (602) 542-7033 |
| 19 | Fax: (602) 364-3202 |
| 20 | Marc.Harris@azag.gov |
|   | Carrie.Smith@azag.gov |
| 21 | LicensingEnforcement@azag.gov |
| 22 | *Counsel for Defendant Patricia McSorley,* |
|   | *Executive Director of the Arizona Medical* |
| 23 | *Board, in her official capacity and the* |
| 24 | *Arizona Medical Board.* |
| 25 | COUNSEL CONTINUED ON NEXT PAGE |
| 26 | |
| 27 | |
| 28 | |

By: */s/ Patricia C. LaMagna*
Patricia Cracchiolo LaMagna (No. 021880)
Kelly L. Soldati (No. 036727)
Office of the Attorney General
Education and Health Section
2005 N. Central Avenue
Phoenix, Arizona  85004
Tel.:  (602) 542-8854
Fax:  (602) 364-0700
EducationHealth@azag.gov
Kelly.Soldati@azag.gov
Patricia.LaMagna@azag.gov
*Attorneys for Defendants Arizona Department of Health Services and Jennifer Cunico, in her official capacity*


By: */s/ Kevin H. Theriot*
Kevin H. Theriot
AZ Bar No. 030446
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
(480) 444-0028 facsimile
ktheriot@ADFlegal.org
*Counsel for Defendant-Intervenors President Petersen and Speaker Toma*

# CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing. All counsel of record are registrants and are therefore served via this filing and transmittal.

*/s/ Linda C. Goldstein*
Linda C. Goldstein
Senior Counsel, U.S. Litigation
Center For Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038