# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul A Isaacson, et al., | No. CV-21-01417-PHX-DLR |
| Plaintiffs, | **ORDER** |
| v. | |
| Kristin K Mayes, et al., | |
| Defendants. | |

The Court having reviewed the parties' Joint Stipulation of Dismissal of the Complaint Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(II) and Notice of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (Doc. 196), and good cause appearing;

**IT IS ORDERED** that, pursuant to the parties' stipulation, this matter is dismissed without prejudice, and the Preliminary Injunction of the Interpretation Policy (Doc. 121) shall be dissolved as moot.

Dated this 15th day of April, 2025.

Douglas L. Rayes
Senior United States District Judge